# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLISON B. BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 5:22-CV-00917-D |
| DYNAMIC GAMING SOLUTIONS, LLC; MARK LARSON; and TRAVIS SKAGGS, | ) ) ) ) |
| Defendants. | ) ) |

Before the Court is the parties' Joint Motion for Dismissal of Individual Defendants Mark Larson and Travis Skaggs with Prejudice [Doc. No. 95]. As stated in the motion's title, it is filed jointly. Upon consideration, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims against individual defendants Mark Larson and Travis Skaggs are hereby dismissed with prejudice with each party to pay his or her own attorney fees and costs.

**IT IS SO ORDERED** this 15th day of November 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge