# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ALLISON B. BROWN**, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DYNAMIC GAMING SOLUTIONS LLC,** )<br>)<br>)<br>Defendant. )<br>) | Case No.: 22-CV-917-D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this case hereby stipulate that Plaintiff's claims are hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

/s/ *Shannon C. Haupt*
(signed with permission)
Jana Leonard, OBA #17844
Shannon C. Haupt, OBA # 18922
**LEONARD & ASSOCIATES, P.L.L.C**
8265 S. Walker
Oklahoma City, OK 73139
Telephone: (405)239-3800
Facsimile: (405) 239-3801
Email: leonardjb@leonardlaw.net
Haupts@leonardlaw.net

**ATTORNEYS FOR PLAINTIFF,
ALLISON B. BROWN**

/s/ *Tony Gould*
Tony Gould, OBA #18564
**GOULD & ASSOCIATES, P.C.**
136 N.W. 10th Street, Suite 202
Oklahoma City, Oklahoma 73103
Telephone: (405) 768-1220
Facsimile: (405) 768-1224
Email: tony@gouldattorneys.com

**ATTORNEY FOR DEFENDANTS,
DYNAMIC GAMING SOLUTIONS, LLC**